# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

147660

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

N.D. PROPERTY MANAGEMENT, INC.,
      Plaintiff-Appellee,

v

NAUTILUS INSURANCE COMPANY,
      Defendant,

and

DOTY AGENCY, INC.,
      Defendant-Appellant.

SC: 147660
COA: 317204
Wayne CC: 11-008466-CK

_____/

      On order of the Court, the application for leave to appeal the July 26, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



t1216

Clerk